UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWIN ARVELO,
    Petitioner,

Case No: 6:21-cv-314-18-GJK

2006 CF-11471-A-O

v.

SECRETARY, DEPARTMENT
OF CORRECTIONS,
ATTORNEY GENERAL,
STATE OF FLORIDA,
    Respondents.
_____/

LEGAL MAIL
Provided to Florida State Prison on 2/15/21 for mailing by

FILED 2021 FEB 18 PM 2:18
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

MOTION FOR LEAVE TO FILE PETITION
FOR A WRIT OF HABEAS CORPUS PURSUANT
TO 28 U.S.C. §2254 IN EXCESS OF
TWENTY-FIVE (25) PAGES

1

## REQUEST FOR LEAVE TO FILE PETITION IN EXCESS OF TWENTY-FIVE (25) PAGES

In the interest of Justice, with respect to this, Honorable Court, Petitioner, Edwin Arvelo, in Prose Forma, does hereby request leave to file a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in excess of twenty-five (25) pages;

As grounds thereof the Petitioner Stipulates:

A) Petitioner's motion raises issues pertinent to a matter of a Miscarriage of Justice / Manifest Injustice in that he was convicted and sentenced for a crime of which he is actually innocent;

B) Petitioner is proceeding in Prose Forma;

C) Due to Covid 19, Petitioner is unable to go to the law library and receive assistance from law clerks;

D) Petitioner is a layman at law;

E) Petitioner has condensed the proposed motion to the best of his ability;

F) The proposed motion is forty-six (46) pages in length;

G) If those issues and matters presented in the proposed motion are not reviewed by this Honorable Court, Justice will not be upheld, as the Judgement, Conviction, and Sentence attacked is constitutionally infirm.

### REQUEST FOR RELIEF

Wherefore, Petitioner, Edwin Arvelo, respectfully requests this Honorable Court grant him leave to file the proposed motion.

Respectfully Submitted,
/S/ Edwin Arvelo, #X58019

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was placed in the hands of Prison Officials for mailing via U.S. Postal Service to: Clerk of Court, Middle District of Florida, Orlando Division, 501 West Church Street, Suite 300, Orlando, Florida, 32805, on this 15th day of February, 2021.

/S/ Edwin Arvelo
EDWIN ARVELO, #X58019
Florida State Prison
P.O. Box 800
Raiford, Florida, 32083

### UN-NOTARIZED OATH

Under penalties of perjury, I Edwin Arvelo declare that I have read the foregoing and that the facts stated in it are true and correct.

2.15.2021
DATE

/S/ Edwin Arvelo
Edwin Arvelo, pro se