AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Middle District of Florida – Orlando Division |
|---|---|

| Name (under which you were convicted): Edwin Arvelo | Docket or Case No.: 48-2006-cf-11471 |
|---|---|

| Place of Confinement : Florida State Prison | Prisoner No.: X58019 |
|---|---|

6:21-cv-314-GKS-GJK

| Petitioner (include the name under which you were convicted) Edwin Arvelo | v. | Respondent (authorized person having custody of petitioner) Secretary, Department of Corrections |
|---|---|---|

| The Attorney General of the State of: Florida |
|---|

2021 JUL -6 PM 2:48

FILED

### PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

Ninth Judicial Circuit of Orange County Florida

      (b) Criminal docket or case number (if you know): 48-2006-cf-11471

2.    (a) Date of the judgment of conviction (if you know): 4.13.2007

      (b) Date of sentencing: 4.13.2007

3.    Length of sentence: 60 years Department of corrections, 15 years probation

4.    In this case, were you convicted on more than one count or of more than one crime? ☑ Yes   ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case:

Kidnapping with intent to commit a sexual battery in violation of Section 787.01(1)(a)(2)
Attempted Sexual Battery with a deadly weapon or physical force in violation
of Sections 794.011(3) and 777.04(1)
Aggravated Battery causing great bodily harm in violation of Section 784.045(1)(X9)(1)
Attempted First degree murder in violation of Sections 782.04(1)(a)(1) and
777.04(1)

6.    (a) What was your plea? (Check one)

         ☐ (1)    Not guilty          ☑ (3)    Nolo contendere (no contest)

         ☐ (2)    Guilty              ☐ (4)    Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Kidnapping with intent to commit a

Sexual battery in violation of Section 787.01 (1)(a)(2)

Attempted Sexual battery with a deadly weapon or physical force in violation of Sections 794.011 (3) and 777.04 (1)

Aggravated battery causing great bodily harm in violation of Section 784.045 (1)(a)(1) Attempted First degree murder in violation of Sections 782.04(1)(a)(1) and 777.04 (1)

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Florida Fifth District Court of Appeal

(b) Docket or case number (if you know): 5D07-17119

(c) Result: Affirmed - PCA

(d) Date of result (if you know): 6. 3. 2008

(e) Citation to the case (if you know): _____

(f) Grounds raised: Ander's Brief

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _Ninth Judicial Circuit of Orange County Florida_

(2) Docket or case number (if you know): _48 - 2006 - CF - 11471_

(3) Date of filing (if you know): _5. 7. 2007_

(4) Nature of the proceeding: _Motion to withdraw plea_

(5) Grounds raised: _Plea was involuntarily entered_

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes   ☐ No

(7) Result: _Denied_

AO 241 (Rev. 09/17)

(8) Date of result (if you know): 8.10.2007

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Ninth Judicial Circuit of Orange County Florida

(2) Docket or case number (if you know): 48 - 2006 - CF - 11471

(3) Date of filing (if you know): 4.20.2007

(4) Nature of the proceeding: Motion to correct/Reduce/modify Sentence

(5) Grounds raised: Defendant did not receive credit for time served
for Counts (2) and (3). Sentence was excessive.

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: Corrected in part/ denied in part ( Jail time accredited / sentence )
                                                      not reduced )

(8) Date of result (if you know): 8.10.2007

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Ninth Judicial Circuit of Orange County Florida

(2) Docket or case number (if you know): 48 - 2006 - CF - 11471

(3) Date of filing (if you know): 4.15.2009

(4) Nature of the proceeding: Motion for Post-Conviction Relief

(5) Grounds raised: IAC for failing to raise defenses to Count two.
IAC for failing to raise defenses to Count four.
IAC for failing to suppress incriminating statements.
IAC for failing to investigate insanity defense.
Insufficient evidence to prove kidnapping and sexual battery charges.

_____
_____
_____
_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _Summarily denied_

(8) Date of result (if you know): _2.20.2012_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     ☐ Yes     ☑ No

(2) Second petition:  ☐ Yes     ☑ No

(3) Third petition:    ☑ Yes     ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _The Trial court erred by accepting Mr. Arvelo's plea when there is no factual basis for count two as there is no evidence to convict on each element_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_The only evidence to count two are the statements he made to police, which only support the intent element, not an actus reus element. None of Mr. Arvelo's actions manifest the specific intent of count two. The over acts proffered by the State Attorney and referenced in the charging Information do not manifest the specific intent of Count Two. No evidence exists nor was ever presented to convict on the actus reus element and the Judge did not recite any to support a factual basis._

(b) If you did not exhaust your state remedies on Ground One, explain why: _I am a layman at law and by the time I researched and found this merit it had already became time barred._

_____

_____

_____

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:  Ander's Brief

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have
used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** Ineffective Assistance of Trial Counsel : (1) Inadequate Discovery and Investigation;
(2) Failure to know, understand, and properly apply the law; (3) Planning error in choice of Procedure; (4) Failure to
File a document

**(a) Supporting facts** (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsel Unjustifiably overlooked or ignored the absence of evidence to support the
essential actus reus element to Count Two, and the need to request a Statement of
Particulars. Trial counsel lacked knowledge of Rule 3.190(c)(4), was therefore unable
to ascertain & applied to Mr. Anelo's case in Count Two, and provided Mr. Anelo with
a false statement of law by stating the judge had no discretion in dismissing any charges.
Trial counsel advised an open plea without first reviewing the audio, video, or transcripts
of the interrogation, and prior to taking depositions. Trial counsel failed to File a
Rule 3.190(c)(4) motion on the lack of actus reus evidence to Count Two.

**(b)** If you did not exhaust your state remedies on Ground Two, explain why:   I am a layman at law
and by the time I researched and Found these merits they had already
became time barred.

_____

**(c)     Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:   Ander's Brief.

_____

_____

**(d)     Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:**   Freestanding Claim of Actual Innocence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

None of Mr. Arcelo's actions manifest the specific intent of Count Two. Only an intent is shown from the State's evidence. No actus reus evidence exists for Count Two. Without the essential actus reus element, there is no crime of the nature of Count Two. Without this crucial element a conviction for Count Two cannot be sustained. Mr. Arcelo's actions do not amount to the charge.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _I am a layman at law and by the time I researched and found this merit it had already became time barred._

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _Ander's Brief_

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ❏ Yes    ❏ No

(4) Did you appeal from the denial of your motion or petition?               ❏ Yes    ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❏ Yes    ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?   ☐ Yes   ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:   All three grounds. I am a layman at law

and by the time I researched and found those merits they

had already became time barred.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

All three grounds. I am a layman at law and by the time

I researched and found those merits they had already became

time barred.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?   ☑ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.   Petition for writ of habeas corpus.

Petitioner denied. Case no: 6:13-cv-1833-orl-31 KRS

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?   ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Catherine Chien; Office of the Public Defender 9th Circuit, 435 N. Orange Ave., Orlando, Fl, 32801

(b) At arraignment and plea:   Catherine Chien; Office of the Public Defender 9th Circuit, 435 N. Orange Ave. Orlando, Fl, 32801

(c) At trial:   N/A

(d) At sentencing:   Catherine Chien; Office of the Public Defender 9th Circuit, 435 N. Orange Ave. Orlando, Fl, 32801

(e) On appeal:   James Purdy; Office of the Public Defender, 251 N. Ridgewood Ave., Daytona Beach, Fl, 32114

(f) In any post-conviction proceeding:   N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:   Theodore Marrero, 100 S. Orange Ave., Ste. 403, Orlando, Fl, 32801

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

     (1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

          (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

          (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

          (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

          (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Issue a Judgment declaring petitioner's plea,_
_Judgement, and conviction and sentence to be in violation of the U.S. Constitution; the plea_
_to be treated as a nullity and the conviction based on said plea voided;_
or any other relief to which petitioner may be entitled.

_N/A_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for
Writ of Habeas Corpus was placed in the prison mailing system on _6 / 30 / 21_ (month, date, year).

Executed (signed) on _6 / 30 / 21_ (date).

_Edwin Aulo_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____